EMERICK CRAWFORD, RESPONDENT, *v.* WALTER R. JONES, APPELLANT.

*Admission of receipt of money by agent — estoppel.*

APPEAL from a judgment of the County Court of Westchester county, affirming a judgment in favor of the plaintiff recovered in a Justice's Court.

The plaintiff, in 1869, assigned to defendant, for collection, a small claim of about nineteen dollars, which he, the plaintiff, had against

the estate of Joseph Ingersoll. In March, 1873, the plaintiff claims to have had an interview with defendant, in which the defendant stated to him that he had collected or " had allowed to him " fourteen dollars on the assigned claim, which he promised to pay plaintiff early in April, 1873.

The plaintiff sued to recover this claim, before a justice, and recovered. On appeal to the County Court, it was tried by a jury and a verdict was rendered for the plaintiff, for fourteen dollars.

The defendant denied the interview with plaintiff, wherein he admitted recovering fourteen dollars, and promised to pay it to plaintiff, and he also gave evidence tending to show, that he had not received any money either of the Ingersoll estate, or of the surviving partner of J. Ingersoll & Son.

The judge charged the jury that if the defendant admitted the receipt of fourteen dollars and promised to pay it, the plaintiff was entitled to judgment for it, whether he, defendant, had received the money or not.

The General Term *held*, that the charge was correct, and affirmed the judgment.

*Eugene B. Travis*, for appellant. *Travis & Lent*, for respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment of County Court affirmed, with costs.